B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>*Nicole Maria Henderson* | DEFENDANTS<br>*United States Dept of Education*<br>*Sallie Mae*<br>*Next Student (Seros Financial)*<br>*Allied Interstate LLC, Charter One Bank & ETAL* |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>*N/A* | ATTORNEYS (If Known) |

| PARTY (Check One Box Only)<br>☑ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor      ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor      ☐ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

*Complaint to determine the dischargeability of student loan debt due to hardship*

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
    actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☑ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
    (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court
    if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>*Nicole Maria Henderson* | BANKRUPTCY CASE NO.<br>*13 - 51434* | |
| DISTRICT IN WHICH CASE IS PENDING<br>*NDGA* | DIVISION OFFICE<br>*Atlanta* | NAME OF JUDGE<br>*CRM* |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br> | | |
| DATE<br>*12/19/2016* | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>*Nicole Maria Henderson* | |

### INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

13- 51434

NICOLE M. HENDERSON
412 Kimberwick Drive
Hampton GA 30228
404-242-2490
n3henderson@hotmail.com
Debtor in Pro Per

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2016 DEC 19  PH 3: 26

M. REGINA THOMAS
CLERK

DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| NICOLE HENDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPT OF EDUCATION<br>SALLIE MAE, NEXT STUDENT (SEROS<br>FINANCIAL), ALLIED INTERSTATE, LLC,<br>CHARTER ONE BANK, & ET AL<br>    Defendants | Case No.: [Number]<br><br>COMPLAINT TO DETERMINE<br>DISCHARGEABILITY OF STUDENT<br>LOAN DEBT |

NICOLE M. HENDERSON, Complainant herein, in Proper Person, residing in the County of Clayton, State of Georgia, files her Complaint to Determine the Dischargeability of certain Student Loans (1) Interest and Penalties, (2), Charter Bank is not a guarantee student loan and in the alternative (3) Debt is discharge due to undue hardship. Said loans identified and named as Defendants above.

The Complaint is filed against UNITED STATES DEPT OF EDUCATION, located at 400 Maryland Avenue SW, Washington, DC 20202, SALLIE MAE, located at PO Box 3319, Wilmington DE 19804, NEXT STUDENT (SEROS FINANCIAL), located at 2141 E. Broadway, Suite 220, Tempe, AZ 35282, ALLIED INTERSTATE, LLC, located at 12755 Highway 55, Suite 300, Minneapolis, MN 55411, CHARTER ONE BANK (now CITIZENS BANK), PO BOX 42010, PROVIDENCE, RI 02940-2010.

All the defendants are located and doing business in the United States and under the Jurisdiction of the Federal Bankruptcy Court, per 28 USC 1334. Pursuant to 28 USC 157(b), this case is a core proceeding and this court has the authority to make determination concerning the allowance and/or disallowance of claims against the estate.

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT - 1

Plaintiff is requesting a determination on three specific issues, (1) that the penalties, interest, and miscellaneous fees were discharged through her bankruptcy, (2), that the student loan from Citibank, which was a private loan and not a guaranteed student loan, and (3) that due to undue hardship the student's loans are dischargeable

## STATEMENT OF FACT

Debtor's Bankruptcy was filed on January 25, 2013 and duly noticed to all creditors, including the U. S. Department of Education, as well as those who were currently servicing Debtor's student loans. Since that time, there has been several transfers of the servicing agents so that this Complaint now lists Defendants who were not a part of the original Bankruptcy filing. No Objections to Debtor's discharged were file, nor any Complaints filed against her regarding the Dischargeability of any debts.

## I – INTEREST AND FEES ARE DISCHARGEABLE ON STUDENT LOANS

Prior to filing Bankruptcy, Debtor consulted with an attorney and specifically asked whether the interest and penalties were dischargeable under Chapter 7 for priority debts of Internal Revenue and Student Loans. She was advised that the penalties and interest were dischargeable. To date the student loan creditors have not removed the interest and/or penalties from the total owed to them. If fact they have compounded and added additional miscellaneous costs.

The original loans after consolidation was slightly over $22,000 and are currently at over $40,000. **(SEE ATTACHED EXHIBIT A).**

I made my first payment to ACS in December 2010 in the amount of $266.74. I had the payments in that same amount automatically debited from my account thru December 2012. Prior to making payments to ACS, I was paying $100.00 per month to a Delta Management Associates, but around November 2010; Delta Management Associates stated that my account had been turned over to ACS, and they would no longer be handling my payments. ACS stated that I had to pay the $266.74 at the minimum. From December 2010 until December 2012 I paid $6655.25 to ACS, but only $1819.09 was applied to the principal of the loan. The loan was supposed to have a fixed interest rate of 7.50%, but out of the $6655.25 that was paid, $4836.16 was applied to interest.

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT - 2

ALLIED INTERSTATE is stating that the amount owed is $42,762.63.  The fees
and interest that they are applying are excessively inflated.  The total amount of the original loan
was $22,740.00.

## II – CHARTER ONE BANK IS NOT A GUARANTEED STUDENT LOAN

At the time, Debtor obtained the loan from Charter Bank, October 13, 2006 which was
then transferred to Next Student, Debtor was advised that she did not qualify for a Guaranteed
Student Loan due to the prior loans which were in Default, Therefore, Debtor's father served as
Co-signor on the debt. **(SEE ATTACHED EXHIBIT B).** When that debt was not paid, the
creditor attempted to collect from the Co-signor and was not able to.  This debt was listed in
Debtor's Bankruptcy Petition on Schedule F, Unsecured Nonpriority debts and was thus
discharged.

## III – DISCHARGE DUE TO HARDSHIP

I am a single parent with 3 minor children, and an adult child that is a brittle Type I Diabetic
with extensive health issues.  I have suffered with severe migraine headaches since I was 14 years
old, and I have been diagnosed with Lupus within the past year. I have had multiple visits to the
Emergency Department because of the illness.  I have been being treated by a physician who
specializes in allergies, an Internal Medicine physician, my Primary Care Physician, and a host of
Emergency Department Physicians prior to and after being diagnosed with Lupus.  I have stacks
of mounting medical bills that I cannot keep up with.  It is a struggle just to get through the day,
and there is no cure.  I am prescribed different medications that help alleviate some of the
symptoms, but they are not guaranteed to help, and I never know when I am going to have a Lupus
flare up.  I am experiencing the flare ups more frequently which takes me off work, and I am
incapacitated until it passes.  I am struggling to pay the office visits, just to keep the disorder in
control.  **(SEE ATTACHED EXHIBIT C)**

I have a court order for Child Support, but I do not receive any child support from the Non-
Custodial parent.  He is out of work on Workers Comp, but he is ordered to pay $60.00 per month

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT - 3

(total; $20.00 per child), but does not pay anything. **(SEE ATTACHED EXHIBIT D)** I am the sole provider for my children.

WHEREFORE, Debtor prays that the Court finds as follows:

1. That the student loans are discharged due to Hardship;

2. CHARTER BANK ONE is not a Guaranteed Student Loan and is dischargeable under my Chapter 7 Bankruptcy;

3. Or, in the alternative that all interest and miscellaneous fees have been discharged under my Chapter 7 Bankruptcy;

4. Whatever else the Court deems proper.

5. DATED THIS 19TH day of December, 2016.

Signed: _____
NICOLE M. HENDERSON
412 Kimberwick Drive
Hampton, GA 30228
404-242-2490
n3henderson@hotmail.com
Debtor in Pro Per

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT - 4

1  NICOLE M. HENDERSON
   412 Kimberwick Drive
2  Hampton GA 30228
   404-242-2490
3  n3henderson@hotmail.com
4  Debtor in Pro Per

5          UNITED STATES BANKRUPTCY COURT
           NORTHERN DISTRICT OF GEORGIA
6

7  NICOLE HENDERSON,                    | Case No.:
8              Plaintiff,               |
9                                       |
   vs.                                  | COMPLAINT TO DETERMINE
10                                      | DISCHARGEABILITY OF STUDENT
                                        | LOAN DEBT
11 UNITED STATES DEPT OF EDUCATION      |
   SALLIE MAE, NEXT STUDENT (SEROS      |
12 FINANCIAL), ALLIED INTERSTATE, LLC,  |
   CHARTER ONE BANK, & ET AL            |
13           Defendants                 |
14

15              **LIST OF CREDITORS**

16
   United States Dept. of Education
17 400 Maryland Avenue SW
18 Washington, DC 200202

19 Sallie Mae
20 PO Box 3319
   Wilmington, DE 19804
21

22 Charter Bank One
23 PO Box 42010
   Providence, RI 02940
24

25
   Next Student
26 (Seros Financial)
27 2141 E. Broadway, Suite 220
   Tempe, AZ 35282
28

29 Allied Interstate, LLC
30 12755 Highway 55, Suite 300
   Minneapolis, MN 55411
31

32 LVNV Funding

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT - 6

700 Executive Center Drive, #300
Greenville, SC 29615

Midland Funding
PO Box 939069
San Diego, CA 92193

ARS
PO Box 459079
Sunrise, FL 33345

Hollis Cobb
Satellite Place
3175 Satellite Place Blvd
Duluth, GA 30096

Knight Adjustment Bureau
5525 S. 900 E, Suite 215
Salt Lake City, UT 84117

SCA Collections
300 E. Arlington Blvd
PO Box 876
Greenville, NC 27835

J P Morgan (ACS)
PO Box 7051
Utica, NY 13504

National Collegiate Student Loan        National Collegiate Student Loan
1430 Broadway St, /31802                 556 S. Fair Oaks Avenue, #101-152
New York, NY 10018                       Pasadena, CA 91105




+

Signed:
NICOLE M. HENDERSON
412 Kimberwick Drive
Hampton, GA 30228
404-242-2490
n3henderson@hotmail.com
Debtor in Pro Per

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT - 7

# EXHIBIT

# A

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT - 9



Monday, December 19, 2016

| Manage Account
| Payment Options
| ACH Checkmate II™
| Loan Options
| Forms
| Info Center
| Make A Payment
| 1098-E Information
| Servicemembers
| Privacy Notices
| Electronic Delivery Options
| Estimate Document Processing Time
| Logout



Home | My Accounts  | FFEL | Account Detail                                    Logout

**Account Detail for J-0409-2080**                    **Currently Viewing FFEL Loans**

**NICOLE M HENDERSON**
412 KIMBERWICK DR
HAMPTON GA 30228-3414
henderson3n@yahoo.com
(404) 242-2490 (Primary Phone)

- Click here to view or download your 2015 1098-E tax form
- **You Last Logged in on 2016-12-19 07:03:00 AM**



( UPDATE ADDRESS )

ACCOUNT NUMBER J-0409-2080-1          STATUS : Loan purchased by Guarantee agency

( ◀◀ ) ( ◀ ) **Account 1 of 1** ( ▶ ) ( ▶▶ )

| | | | |
|---|---|---|---|
| LOAN TYPE | CONSOLIDATION LOAN | CURRENT DUE | $0.00 |
| BILLING TYPE | Monthly Bills | PAST DUE | $0.00 |
| REPAYMENT PLAN | Level | LATE CHARGE DUE | $0.00 |
| | | TOTAL DUE | $0.00 |
| LENDER | JP MORGAN STUDENT LOAN TRUST | DUE DATE | |
| GUARANTOR | AMERICAN STUDENT ASSISTANCE | NEXT DRAFT AMOUNT | $0.00 |
| | | NEXT DRAFT DATE | N/A |
| ORIGINAL LOAN AMOUNT | $22,740.00 | | |
| SCHOOL REFUND | $0.00 | LAST PAYMENT DATE | December 28, 2012 |
| OUTSTANDING BALANCE | $0.00 | LAST AMOUNT PAID | $266.21 |
| CAPITALIZED INTEREST | $11,220.32 | | PAYMENT HISTORY |
| ACCRUED INTEREST | $0.00 | | |
| MONTHLY PAYMENT AMOUNT | $274.19 | TO PAY OFF YOUR ENTIRE LOAN | $0.00 |
| PAYMENTS DUE MONTHLY ON | 28 | PAY OFF GOOD THROUGH | December 19, 2016 |
| INTEREST RATE | 7.250% Fixed | | |
| CURRENT YEAR INTEREST PAID | $0.00 | BASE DRAFT AMOUNT | $0.00 |
| PRIOR YEAR INTEREST PAID | $0.00 | ADDITIONAL AMOUNT | $0.00 |
| | | TOTAL DRAFT AMOUNT | $0.00 |

About Us ¦ Contact Us ¦ Site Map ¦ Privacy Policy ¦ Terms of Use
© Copyright 1994 - 2015 Xerox Education Services, LLC, doing business as ACS Education Services ("ACS"). All Rights Reserved.

FOR DEFAULTED STUDENT LOAN ACCOUNT 1054746 LOAN TYPE CONS

: NAME: HENDERSON,NICOLE M
: SSN: XXX-XX-2944

ASA ACCOUNT PAYMENT HISTORY

REFLECTS PAYMENTS AND ACCRUED INTEREST, COLLECTION CHARGES, AND FEES AS OF 09-26-2016

| DATE | BEGINNING BALANCE | TOTAL AMT APPLIED | APPLIED TO PRINCIPAL | APPLIED TO INTEREST | APPLIED TO COLL COST | APPLIED TO MISC FEES | ENDING BALANCE | TYPE OF PAYMENT |
|---|---|---|---|---|---|---|---|---|
| 14 | 34336.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34336.52 | OPENING BALANCE |
| 14 | 34336.52 | 6180.57 | 0.00 | 0.00 | 6180.57 | 0.00 | 40517.09 | INITIAL COLLECTION COST |
| 16 | 40517.09 | -642.03 | 0.00 | 0.00 | -642.03 | 0.00 | 39875.06 | COP OFFSET REVERSE - CC |
| 16 | 39875.06 | 908.46 | 0.00 | 0.00 | 908.46 | 0.00 | 40783.52 | ADDL COLLECTION COST |
| 16 | 40783.52 | 5047.00 | 0.00 | 5047.00 | 0.00 | 0.00 | 45830.52 | ACCRUED INTEREST |
| 16 | 45830.52 | -3566.86 | 0.00 | -3566.86 | 0.00 | 0.00 | 42263.66 | COP OFFSET PAYMENT |
| 16 | 42263.66 | 17.00 | 0.00 | 0.00 | 0.00 | 17.00 | 42280.66 | COP OFFST FEE chg/adj |
| 16 | 42280.66 | -17.00 | 0.00 | 0.00 | 0.00 | -17.00 | 42263.66 | COP FEE pmt pd agency |
| 16 | 42263.66 | 736.59 | 0.00 | 736.59 | 0.00 | 0.00 | 43000.25 | UNAPPLIED ACCRUED INTEREST |
| 16 | 43000.25 | 132.59 | 0.00 | 132.59 | 0.00 | 0.00 | 43132.84 | UNAPPLIED COLLECTION COST |
| CHARGES | | 12380.18 | 0.00 | 5783.59 | 6579.59 | 17.00 | | |
| | | -3583.86 | 0.00 | -3566.86 | 0.00 | -17.00 | | |
| | 34336.52 | 8796.32 | 0.00 | 2216.73 | 6579.59 | 0.00 | 43132.84 | |

Is listed.

PAGE 1

Borrower's Name

Spouse's Name
(Please print, Enter spouse's information only if you completed Section 8.)

| 20. Loan Code/Custodian | 21. Loan Holder Name and Mailing Address | 22. ID/Account Number | | 23. Interest Rate | 24. Payoff Amount |
|---|---|---|---|---|---|
| SS | CHASE USA TRUST/SLMA TRUST MS1814 / 700191-SALLIE MAE, INC. | 833253 B | 568112944 | 7.14 | $3,750.00 |
| US | CHASE USA TRUST/SLMA TRUST MS1814 / 700191-SALLIE MAE, INC. | 833253 B | 568112944 | 7.14 | $4,406.00 |
| US | CHASE USA TRUST/SLMA TRUST MS1814 / 700191-SALLIE MAE, INC. | 833253 B | 568112944 | 7.14 | $2,678.00 |
| SS | CHASE USA TRUST/SLMA TRUST MS1814 / 700191-SALLIE MAE, INC. | 833253 B | 568112944 | 7.14 | $3,750.00 |
| SS | CHASE USA TRUST/SLMA TRUST MS1814 / 700191-SALLIE MAE, INC. | 833253 B | 568112944 | 7.14 | $2,813.00 |
| SS | CHASE USA TRUST/SLMA TRUST MS1814 / 700191-SALLIE MAE, INC. | 833253 B | 568112944 | 7.14 | $4,474.00 |

25. Grace Period End Date – If any of the loans that you have selected for consolidation are in a grace period and you wish to delay processing until you have completed your grace period, enter your expected grace period end date. If you do not wish to delay processing, leave this field blank.

Page 2 of 3

# Federal Consolidation Loan
## Application and Promissory Note

Warning: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines, imprisonment, or both, under the United States Criminal Code and 20 U.S.C. 1097.

**Before You Begin**

Read the instructions for Completing the Federal Consolidation Loan Application and Promissory Note. Print using dark ink or type. This form must be signed and dated by the applicant(s).

**Section A: Borrower Information**

| 1. Last Name | First Name | MI | 2. Social Security Number |
|---|---|---|---|
| HENDERSON | NICOLE | M | |

**3A.** Permanent Street Address (Include Number, Street, Apartment Number, City, State, Zip Code)

412 KIMBERWICK, HAMPTON, GA 30228

**3B.** Permanent Mailing Address, if different (Include P.O. Box, RFD, or General Delivery, City, State, Zip Code)

| 4. Home Area Code/Telephone Number | 5. Former Name(s) |
|---|---|
| ( 770 ) 4783181 | |

| 6. Date of Birth (Month/Day/Year) | 7. Driver's License State and Number |
|---|---|
| 2/21/1971 | State # |

**8.** Fax Number and E-mail Address (Optional)

| Fax ( ) | E-mail Address henderson3n@yahoo.com |
|---|---|

**9.** Employer Name

actively seeking employment

Address

| City | State | Zip Code | Employer Area Code/Telephone Number |
|---|---|---|---|
| | | | ( ) |

| 10. Outstanding Student Loans | 11. Lender Code, if known |
|---|---|
| | 834051 |

**Section B: Spouse Information**

Co-Borrowers: You may complete Section B if you have eligible loans and you both wish to consolidate jointly. If you complete Section B, also include your spouse's loan(s) in Section G and their recommendations on the line from 39 in Section G.

| 12. Last Name | First Name | MI |
|---|---|---|
| *NOT AVAILABLE* | *NOT AVAILABLE* | *NOT AVAILABLE* |

| 13. Social Security Number | 14. Date of Birth (Month/Day/Year) | | |
|---|---|---|---|
| | | DEC 2 0 2016 | |

| 15. Former Name(s) | Driver's License State and Number |
|---|---|
| | State # |

**17.** Fax Number and E-mail Address (Optional)

| Fax ( ) | E-mail Address | LOAN CONSOLIDATION DEPT |
|---|---|---|
| | | LakeROGER CA |

**18.** Employer Name

Address

| City | State | Zip Code | Employer Area Code/Telephone Number |
|---|---|---|---|
| | | | ( ) |

**Section C: Reference Information**

Warning: provide two separate references with different U.S. addresses. Do not include individuals who live with you (e.g., spouse) or live outside the United States. Both references must be completed fully and should be relatives or acquaintances you (or you and your spouse, if consolidating jointly) have known for at least three years.

| | A. | | B. | |
|---|---|---|---|---|
| 19. Name | betty henderson | | tanya henderson | |
| Permanent Address | 2505 willow wren dr | | 3920 townhouse dr | |
| City, State and Zip Code | north las vegas, NV 89084 | | las vegas, NV 89121 | |
| Area Code/Telephone | ( 702 ) 9875867 | | ( 702 ) 8082255 | |
| Relationship to Borrower | relative | | Relative | |

Page 1 of 9

| Borrower's Name | NICOLE M HENDERSON | | | Social Security Number | 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 | |

Spouse's Name _____  Social Security Number _____
(Please print. Enter spouse's information only if you completed Section 5.)

**Section D-2. Education Loan Information (Loans That Do Not Want to Consolidate)**

Read the instructions before completing this section. List all education loans that you are not consolidating but want considered in calculating your maximum repayment period. Remember to include loans held by the lender that will be making the Federal Consolidation Loan, but that you do not want to include in the Federal Consolidation Loan. Use the Loan Codes listed in the instructions. If you need to list additional loans, use the Additional Loan Listing Sheet included in this package. Include your spouse's loans only if Section 5 has been completed. **ONLY LIST LOANS THAT YOU DO NOT WANT TO CONSOLIDATE IN THIS SECTION.**

| 27. Loan Code (instructions) | 28. Loan Holder Name and Mailing Address | 29. B = Borrower S = Spouse J = Joint | 30. Loan Account Number | 31. Interest Rate | 32. Current Balance |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

ACS

OCT 2 6 2006

LOAN CONSOLIDATION DEPT
CO-RESEARCH CA

**Section E. Repayment Plan Selection**

The instructions for this section, specifically Item 33, list the repayment plans. If you want more detailed information on repayment options provided by your lender. If you have questions about any of these plans, please contact the lender making the Federal Consolidation Loan. If you do not complete this item, the consolidating lender will provide a standard payment schedule. Select the repayment plan you want by checking the box next to the plan in Item 33 below. (Check only one box.)

33. Repayment Plan Options (Check the box that corresponds to the plan you want):

A. ☐ Standard Payments    B. ☐ Graduated Payments    C. ☐ Income Sensitive Payments    D. ☐ Extended Payments

Page 3 of 9

Borrower's Name [illegible] Social Security Number [illegible]

Spouse's Name ______________________ Social Security Number ______________________

(Please print. Enter spouse's information only if you completed Section B.)

## Section F – Borrower Certification and Authorization

(In the case of a Federal Consolidation Loan made to a married couple, all references to "I," "we," "my," "you," and "your" in the Promissory Note; Borrower's Rights and Responsibilities Statement; Borrower Certification and Authorization; as well as other materials provided in connection with this loan apply equally to the borrower and the borrower's spouse unless otherwise stated.)

**34.** I declare under penalty of perjury that the following is true and correct:

A. The information I have provided on this Federal Consolidation Loan Application and Promissory Note is true, complete, and correct to the best of my knowledge and belief and is made in good faith.

B. (i) I do not owe an overpayment on a Federal Pell Grant, Federal Supplemental Educational Opportunity Grant, or a Leveraging Educational Assistance Partnership Grant (formerly State Student Incentive Grant), or if I owe an overpayment, I have made satisfactory arrangements with the holder to repay the amount owed. (ii) I am not now in default on any loan that I am consolidating or, if I am in default, I have either (a) made satisfactory arrangements with the holder of the defaulted loan(s) to repay the amount owed, or (b) for Federal Stafford, SLS, PLUS, or Consolidation loans, I agree to repay the Federal Consolidation Loan under income-sensitive repayment terms.

C. The loans I am requesting to consolidate are in grace or in repayment status (including loans in deferment or forbearance).

D. I do not have any other application pending for a Federal Consolidation Loan with any other lender. If all of my FFELP loans are with one holder who is not the consolidating lender, I further certify that I have sought and been unable to obtain a Federal Consolidation Loan from the holder of my loans, or the holder declined to provide me with an income-sensitive repayment schedule.

E. If I have an outstanding Federal Consolidation Loan, I am eligible for another Federal Consolidation Loan because: (i) I have subsequently borrowed another eligible loan(s), or (ii) I am consolidating a Federal Consolidation Loan with at least one other eligible loan.

F. All of the loans selected for consolidation have been used to finance my education or my child's education.

G. I am not subject to a judgment secured through litigation or to an order for wage garnishment, except as I have disclosed.

H. If I am applying jointly with my spouse, we are legally married to each other.

**35.** I also make the following authorizations and statements of understanding:

A. I understand that the amount of my Federal Consolidation Loan will be based on the payoff amounts of my outstanding eligible loans that I selected for consolidation, as provided by the holders of those loans, and may exceed my estimate of such payoff amounts. The actual payoff amounts may differ from the estimated payoff amounts because the holders will include unpaid principal, unpaid accrued interest, and other costs as permitted by federal regulations in the payoffs reported to the consolidating lender. I understand that if any collection costs are owed on the loans selected for consolidation, these costs may be added to the principal balance of the Federal Consolidation Loan and, in the case of Federal Stafford, SLS, PLUS, or Consolidation loans in default and held by a guaranty agency, may not exceed 18.5 percent of the outstanding principal and interest on the loan at the time the holders certify the payoff amounts.

B. I understand that I may no longer be eligible for some deferment types and for subsidized deferment periods on some loans being consolidated. I also understand that I may no longer be eligible for some loan discharges and types of forgiveness that were available on the loans being consolidated. If I am applying jointly with my spouse, I further understand that my Federal Consolidation Loan will be fully discharged only if both of us qualify for discharge and may be partially discharged if only one of us qualifies for discharge. I also understand that I may postpone repayment of the loan only if I provide the lender with a request that confirms deferment or forbearance eligibility for both of us at the same time.

C. I authorize the consolidating lender to contact the holders identified on my application to determine the eligibility and/or payoff amounts for the loans I have selected for consolidation. I further authorize those holders to release that information.

D. I authorize the consolidating lender to send the proceeds of my Federal Consolidation Loan to each holder of the loans I have identified to pay off the debts.

E. If the amounts my consolidating lender sends to my holders exceed the amounts needed to pay off the balances of the selected loans, I understand that the holders will refund the excess to my consolidating lender to be applied against the outstanding balance of this loan. If the amounts my consolidating lender sends to my holders are less than the amounts needed to pay off the balances of the loans selected for consolidation, I will be responsible for notifying my consolidating lender about the remaining amounts. I authorize the consolidating lender to include the remaining amounts in this Federal Consolidation Loan, unless I pay off the remaining balances.

F. I authorize the consolidating lender, the guarantor, or their agents to investigate my credit record and report information concerning my loan status to persons and organizations permitted by law to receive such information.

G. I authorize the release of information pertinent to this loan: (i) by the school(s), the lender, and the guarantor, or their agents, to the references on this loan and to members of my immediate family unless I submit written directions otherwise; and (ii) by and among my schools, lenders, guarantors, the Department of Education, and their agents.

H. I authorize the Department of Education and its agent(s) to verify my Social Security Number with the Social Security Administration (SSA) and, if the number on my loan record is incorrect, then I authorize SSA to disclose my correct Social Security Number to these parties.

I. If I have HEAL loans serviced by the consolidating lender and such loans are not included in this Federal Consolidation Loan, I authorize the establishment of a combined payment plan on my behalf.

OCT 26 2006

LOAN CONSOLIDATION CENTER LONG BEACH

## Section G – Promissory Note [illegible]

(In this Promissory Note, "lender" refers to, and this Promissory Note benefits, the original consolidating lender and its [illegible], including any subsequent holder of this Promissory Note.)

**36. Promise to Pay:**

I promise to pay to the order of the lender, all sums disbursed (hereafter "loan") under the terms of this Promissory Note (hereafter "Note") to pay off my prior loan obligations, plus interest and other charges and fees that may become due as provided in this Note. [illegible] interest payments [illegible] on my loan during [illegible] periods and on the unsubsidized portion of my loan during deferment periods will be added, as provided under the Act, to the principal balance of the loan. If I fail to make any payments on this Note when due, I will also pay reasonable collection costs, including but not limited to attorney's fees, court costs, and other fees.

If I am applying jointly with my spouse, I understand and agree that I am and will continue to be held jointly and severally liable for the entire amount of the debt represented by the Federal Consolidation Loan without regard to the amounts of our individual loan obligations that are consolidated and without regard to any change that may occur in our marital status. I understand this means that I may be required to pay the entire amount due if my spouse is unable or refuses to pay.

I understand that this is a Promissory Note. I will not sign this Note before reading the entire Note even if I am otherwise advised. I am entitled to an exact copy of this Note and the Borrower's Rights and Responsibilities Statement. My signature certifies I have read, understand, and agree to the terms and conditions of this Note, including the Borrower Certification and Authorization and the Borrower's Rights and Responsibilities Statement.

I UNDERSTAND THAT THIS IS A LOAN THAT I MUST REPAY.

37. Borrower's Signature ELECTRONIC SIGNATURE ON FILE: 100073114 Today's Date (Month/Day/Year) 10/02/2006

100073114

38. Spouse's Signature (if consolidating jointly) ______________________ Today's Date (Month/Day/Year) ______________________

RepID: [illegible] ProductID: 2218345 MATCH

**(770) 574-4645**

January 7, 2013

U.S. Department of Education                          FAX: 1-651-325-3302
Educational Credit Management Corporation
P.O. Box 65128
St. Paul, MN 55165

RE:    National Student Loan Trust for
       Nicole M. Henderson
       SSN: 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
       DOB: 02/21/971

I am writing as time is of the essence as I am being sued for a Student Loan for which payments
of $266 per month have been voluntarily taken from my paycheck for the past two years.
Therefore, I am not in a Default Status. The loan agreement I signed was for a private student
loan through Charter One Bank, N.A., for which my father Thomas co-signed for me to be able
to obtain the loan.

I was served papers on December 29, 2012, from Lazega and Johnson, Attorneys for National
Collegiate Student Loan Trust. They are located at 3520 Piedmont Rd, Suite 415, Atlanta, GA
30305, telephone (404) 350-1192. The current Lender is Deutsche Bank, ELT, J.P. Morgan
Principal Funding.

I am unable to afford an attorney as I do plan to file Bankruptcy and request a Hardship
Discharge before the time for me to respond to this suit expires.  I am struggling to make those
payments to the Student Loan as I have three children less than 13 years of age and a dependent
mother, age 73 years, who has early dementia.

What are my options? Can you assist me with this?

I work at DeKalb Medical Center Monday through Friday from 7:00 a.m. to 3:30 p.m. I can
receive limited calls at (404) 501-8102, or you can text my cell (404) 242-2490, and I can find a
private place and call you back.

I am attaching a copy of my payment history from the ACS website, copy of the Complaint with
original loan agreement, as well as a copy from the NSLDS showing I am in repayment status.  I
would appreciate any assistance you can provide me.

Regards,

NICOLE M. HENDERSON

 FEDERAL STUDENT AID

*NSLDS is a repository of information from many sources. Changes to the data are made by those sources. Collecting the data into one central location such as NSLDS gives you convenience and saves you time. If for any reason you disagree with the information reported to NSLDS, please contact one or more of the sources of your data listed on the detail pages on this site. The Department is also available as a resource at 1-800-4FEDAID if you need additional assistance. Your comments and corrections will help improve the services NSLDS provides.*

**Detail Loan Information for NICOLE M HENDERSON**                     **Your enrollment status is WITHDRAWN, effective 03/16/2007.**

Type of Loan:  1  FFEL CONSOLIDATED
Loan obtained while attending the SCHOOL CODE FOR CONSOLIDATION LOANS

Date Entered Repayment: 11/09/2006
Loan Period Begin Date: N/A
Loan Period End Date: N/A



### Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|
| $22,740 | $31,133 | 11/30/2012 | $19 | 11/30/2012 | FIXED | $0 | |

### Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 11/09/2006 | $22,740 | RP | IN REPAYMENT | 07/23/2010 |
| | | DF | DEFAULTED, UNRESOLVED | 07/14/2008 |
| | | RP | IN REPAYMENT | 05/15/2007 |
| | | DA | DEFERRED | 01/04/2007 |
| | | RP | IN REPAYMENT | 11/09/2006 |

### Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current Servicer: | ACS EDUCATION SERVICES<br>ATTN: BORROWER SERVICES DEPARTMENT<br>P.O. BOX 7051<br>UTICA<br>NY 135047051<br>800-835-4611 Ext:<br>HTTPS://WWW.AFSA.COM/FFEL/FEEDBACK_SSL.HTML |
| Current Lender: | DEUTSCHE BANK ELT JPMORGAN PRIN FUNDING<br>60 WALL ST.<br><br>NEW YORK<br>NY 100050000<br>: Ext: |
| Current Guaranty Agency: | AMERICAN STUDENT ASSISTANCE<br>100 CAMBRIDGE ST SUITE 1600<br><br>BOSTON<br>MA 02114<br>Ext: |

*Information contained on these pages reflects the most current data in the NSLDS database. The data contained on this site is for general information purposes and should not be used to determine eligibility, loan payoffs, overpayment status, or tax reporting. Please consult the Financial Aid Officer at your school or the specific holder of your debts for further information.*

STATE OF GEORGIA

RECEIVED & FILED

NATIONAL COLLEGIATE STUDENT )
LOAN TRUST 2006-4 AND 2007-1, )
                              )
           Plaintiff,         )
                              )
v.                            )
                              )
NICOLE HENDERSON AND          )
THOMAS HENDERSON,             )
                              )
           Defendants,        )
_____)

DEC 2 6 2012

*Gail Carnes*
CLERK, STATE COURT
CLAYTON COUNTY

CIVIL ACTION

FILE NO. 2012-CV04939 MG

## COMPLAINT ON PROMISSORY NOTE

COMES NOW, National Collegiate Student Loan Trust 2006-4 and 2007-1 ("NCSLT"), Plaintiff in the above-styled action, and herewith brings this action against Nicole Henderson And Thomas Henderson, Defendants, for money owed on a promissory note, and respectfully shows this Court as follows:

1.

Defendant Nicole Henderson resides and may be served at 412 Kimberwick Dr, Hampton GA 30228-3414 and is subject to the jurisdiction and venue of this Court.

2.

Defendant Thomas Henderson resides and may be served **by second original** at 4701 Allendale Ave, Oakland CA 94619 and is subject to the jurisdiction and venue of this Court.

3.

Plaintiff is a Delaware statutory trust.

Defendants are indebted to Plaintiff in the sum of $28,756.87 principal, plus interest, on a promissory note, as evidenced by the documentation attached hereto.

5.

As contemplated at the time of loan origination, Defendants' credit agreements were sold by the program lender to NCSLT for valuable consideration in the course of the securitization process.

6.

National Collegiate Student Loan Trusts are non-dischargeable pursuant to 11 U.S.C. § 523(a)(8) because they were made pursuant to a program funded in part by a non-profit institution and are also educational loans as defined by the Internal Revenue Code § 221(d)(1).

WHEREFORE, Plaintiff demands judgment against Defendants for the sum of $28,756.87, plus interest accrued in the amount of $3,775.59, plus court costs and other such relief as the Court deems just and appropriate.

Respectfully submitted,

LAZEGA & JOHANSON LLC

Ashley F. Campbell
Georgia Bar No. 433055
Attorneys for Plaintiff

3520 Piedmont Road, NE
Suite 415
Atlanta, Georgia 30305
(404) 350-1192

90000982

-2-

Loan No.

Student: **NICOLE HENDERSON**
Date: **October 26, 2006**

NICOLE HENDERSON
412 KIMBERWICK
HAMPTON , GA 30228   USA

Lender Name and Address:
CHARTER ONE BANK, N.A.
725 CANTON STREET
NORWOOD, MA 02062

This disclosure statement relates to your Loan Note disbursed on          October 26, 2006
Because your Loan is either being disbursed or entering repayment, or the repayment terms are being modified, the following information about your Loan is being given to you.

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments scheduled. |
| 11.481 % | $ 24,678.40 | $ 11,000.00 | $ 35,678.40 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are due |
|---|---|---|
| 240 | $ 148.66 | On the   30th day of each month beginning   12/2008 |
| | | |
| | | |
| | | |

**VARIABLE RATE:** The Annual Percentage Rate, which is based on an index plus a margin, may increase during the term of the loan if the index rate increases. The index is (check one):

[ ] Prime Rate Index Adjusted Monthly - The highest U.S. bank prime rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the last business day of each calendar month.

[ ] Prime Rate Index Adjusted Quarterly - The highest U.S. bank prime rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the last business day of each calendar quarter.

[ ] LIBOR Index Adjusted Quarterly - The average of the one-month London Interbank Offered Rates published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the first business day of each of the three (3) calendar months immediately preceding the first day of each calendar quarter.

[X] LIBOR Index Adjusted Monthly - The one-month London Interbank Offered Rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the first business day of the preceding calendar month.

Any increase in the index and the Annual Percentage Rate which occurs while principal payments are deferred will increase the amount of any current and all future payments. Any increase in the index and the Annual Percentage Rate which occurs while principal and interest payments are deferred will increase the amount of all future payments. Any increase in the index and the Annual Percentage Rate which occurs after you have begun to make principal and interest payments on your loan will increase the amount of your future principal and interest payments beginning with your next annual payment adjustment date. For example, assume you obtain a loan in your junior year, in the amount of $10,000, at an interest rate of 11%, and you defer principal and interest payments until after your graduation, and the repayment term of the loan is 20 years. If the interest rate increased to 12% on January 1st of your senior year, the interest which accrues while principal and interest payments are deferred will increase by $91.01, and your monthly principal and interest payments would increase by $9.37.

**LATE CHARGES:** If a payment is more than 15 days late, you may be charged $5.00 or 5% of the payment, whichever is less. If you default, Lender (or any subsequent holder of your Loan Note) may increase the margin used to compute the Annual Percentage Rate by two percentage points (2%).

**PREPAYMENT:** If you pay off early, you will not have to pay a penalty.

**Estimates:** All numerical disclosures except the late payment disclosure are estimates.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, any security interest and prepayment refunds and penalties.

| | | |
|---|---|---|
| Principal Amount of Note (Amount Financed plus Prepaid Finance Charge) | | $ 11,891.89 |
| | | |
| Itemization of Amount Financed | | |
| Amount paid to   NICOLE HENDERSON   and | $ | |
| Amount paid to   THOMAS HENDERSON | $ 11,000.00 | |
| Total Amount Financed | | $ 11,000.00 |
| | | |
| Itemization of Prepaid Finance Charge | | |
| Origination Fee | $ 891.89 | |
| Total Prepaid Finance Charge(s) | | $ 891.89 |

CNA TRAI 0420 9776 (11)          NSXUDP  Next Student Undergrad Loan          File Copy



Monday, December 19, 2016

| Manage Account
| Payment Options
| ACH Checkmate II™
| Loan Options
| Forms
| Info Center
| Make A Payment
| 1098-E Information
| Servicemembers
| Privacy Notices
| Electronic Delivery Options
| Estimate Document Processing Time
| Logout



Home | My Accounts | FFEL                                    Logout

**Account Summary for J-0409-2080**          **Currently Viewing FFEL Loans**

**NICOLE M HENDERSON**
412 KIMBERWICK DR
HAMPTON GA 30228-3414
henderson3n@yahoo.com
(404) 242-2490 (Primary Phone)

- Click here to view or download your 2015 1098-E tax form
- **You Last Logged in on 2016-12-19 07:03:00 AM**



( UPDATE ADDRESS )



### Payment History

| PAYMENT DATE | PAYMENT TYPE | TOTAL PAYMENT | APPLIED TO PRINCIPAL | APPLIED TO INTEREST | APPLIED TO LATE FEES |
|---|---|---|---|---|---|
| Dec 28, 2012 | Regular | $266.21 | $80.82 | $185.39 | $0.00 |
| Nov 28, 2012 | Regular | $266.21 | $74.18 | $192.03 | $0.00 |
| Oct 28, 2012 | Regular | $266.21 | $79.90 | $186.31 | $0.00 |
| Sep 28, 2012 | Regular | $266.21 | $73.24 | $192.97 | $0.00 |
| Aug 28, 2012 | Regular | $266.21 | $72.79 | $193.42 | $0.00 |
| Jul 28, 2012 | Regular | $266.21 | $78.57 | $187.64 | $0.00 |
| Jun 28, 2012 | Regular | $266.21 | $71.86 | $194.35 | $0.00 |
| May 28, 2012 | Regular | $266.21 | $77.68 | $188.53 | $0.00 |
| Apr 28, 2012 | Regular | $266.21 | $70.96 | $195.25 | $0.00 |
| Mar 28, 2012 | Regular | $266.21 | $83.07 | $183.14 | $0.00 |
| Feb 28, 2012 | Regular | $266.21 | $70.01 | $196.20 | $0.00 |
| Jan 28, 2012 | Regular | $266.21 | $69.58 | $196.63 | $0.00 |
| Dec 28, 2011 | Regular | $266.21 | $75.48 | $190.73 | $0.00 |
| Nov 28, 2011 | Regular | $266.21 | $68.69 | $197.52 | $0.00 |
| Oct 28, 2011 | Regular | $266.21 | $74.62 | $191.59 | $0.00 |
| Sep 28, 2011 | Regular | $266.21 | $67.82 | $198.39 | $0.00 |
| Aug 28, 2011 | Regular | $266.21 | $67.41 | $198.80 | $0.00 |
| Jul 28, 2011 | Regular | $266.21 | $73.38 | $192.83 | $0.00 |
| Jun 28, 2011 | Regular | $266.21 | $66.55 | $199.66 | $0.00 |
| May 28, 2011 | Regular | $266.21 | $72.55 | $193.66 | $0.00 |
| Apr 28, 2011 | Regular | $266.21 | $65.69 | $200.52 | $0.00 |
| Mar 28, 2011 | Regular | $266.21 | $84.62 | $181.59 | $0.00 |
| Feb 28, 2011 | Regular | $266.21 | $64.77 | $201.44 | $0.00 |
| Jan 28, 2011 | Regular | $266.21 | $64.38 | $201.83 | $0.00 |
| Dec 28, 2010 | Regular | $266.21 | $70.47 | $195.74 | $0.00 |
| **TOTAL** | | **$6,655.25** | **$1,819.09** | **$4,836.16** | **$0.00** |

First Page | Previous Page | Next Page | Last Page    1/2   Records displayed per page: [ 25 ⌄ ]

To see Online Payment History, click here.

About Us | Contact Us | Site Map | Privacy Policy | Terms of Use
© Copyright 1994 - 2015 Xerox Education Services, LLC, doing business as ACS Education Services ("ACS"). All Rights Reserved.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

# EXHIBIT

# B

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT - 9

# NON-NEGOTIABLE CREDIT AGREEMENT – THIS IS A CONSUMER CREDIT TRANSACTION

## LOAN PROGRAM INFORMATION

Next Student Undergraduate Loan

Academic Period: 10/2006-12/2006

Lender: Charter One Bank, N.A.    School: GRIFFIN TECHNICAL COLLEGE

Loan Amount Requested: $11000.00    Repayment Option: Full Deferral

Deferral Period Margin: 5.25    Repayment Period Margin: 5.25    Loan Origination Fee Percentage: 7.50

## STUDENT BORROWER INFORMATION (Must be at least 18 years of age)

Borrower Name: Nicole Henderson    Home Address: 412 Kimberwick Hampton, GA 30228
Social Security #: [redacted]    Date of Birth: 02/21/1971    Home Telephone: (770) 478-3181

Student Citizenship (check one box):    ☒ U.S. Citizen    ☐ Eligible Non-Citizen (Attach front & back copy of CIS or student visa card)
Note: Personal reference name and address cannot match that of the Cosigner.
Personal Reference Name: Gladys Rogers    Reference Home Tel #: (678) 838-9811    Work Tel #:
Reference Street Address: 1495 Winkers
Reference City/State/Zip: Douglasville GA 30134

## COSIGNER INFORMATION (Must be at least 18 years of age)

Cosigner Name: Thomas Henderson    Home Address: 4701 Allendale Ave Oakland, CA 94619
Social Security #: [redacted]    Date of Birth: 08/11/1941    Home Telephone: (510) 301-1684
Have you ever defaulted on a student loan or declared bankruptcy?    ☒ No    ☐ Yes
Current Employer: RETIRED    Employer Telephone: (510) 301-1684
Current Position: Retired    Years There: 10 Years
Years at Previous Employment: 9 Years

Alimony, child support, or separate maintenance income do not have to be revealed if you do not want them considered for repaying this obligation. If you are relying on such additional income, please provide details on a separate sheet of paper.

Cosigner Citizenship (check one box):    ☒ U.S. Citizen    ☐ Eligible Non-Citizen (Attach front & back copy of CIS)
Note:  Personal reference name and address cannot match that of the Student.
Personal Reference Name: Tanoa Henderson    Reference Home Tel #: (702) 809-9022    Work Tel #:
Reference Street Address: 3541 Edison Ave
Reference City/State/Zip: Las Vegas, NV 89121

By my signature, I certify that I have read, understand and agree to the terms of and understand the obligations set forth in all five (5) pages of this Loan Request/Credit Agreement AB.06-07.CSX1.10DC.0206 ("Credit Agreement"). I understand that any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment. This Credit Agreement is signed under seal. I understand that I am not required to fax my signature on or to sign electronically this Credit Agreement and any related notices that require signature. If I choose to fax my signature on or to sign electronically this Credit Agreement and any related notices that require signature, I intend: (i) my fax or electronic signature to be an electronic signature under applicable federal and state laws, (ii) any fax printout or printout of Lender's electronic record of this Credit Agreement and related notices to be an original document, (iii) to conduct business with the Lender by electronic records and electronic signatures, and (iv) that this Credit Agreement will not be governed by Article 3 of the Uniform Commercial Code, and any obligations under this Credit Agreement will not be subject to, but any transfer of my obligations will be subject to, Article 9 of the Uniform Commercial Code.

**For purposes of the following notices, "you" means the Borrower and Cosigner, not the Lender.**

FOR ALABAMA RESIDENTS: CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

FOR WISCONSIN RESIDENTS - NOTICE TO CUSTOMER: (a)  DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ THE WRITING ON THE FOLLOWING PAGES, EVEN IF OTHERWISE ADVISED.
(b)  DO NOT SIGN THIS CREDIT AGREEMENT IF IT CONTAINS ANY BLANK SPACES.
(c)  YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(d)  YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS CREDIT AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

PLEASE SIGN BELOW. RETURN THE COMPLETED AND SIGNED CREDIT AGREEMENT IN ITS ENTIRETY OR FAX TO: 800-764-9000.

Signature of Borrower  _Nicole Hind_    Date  10-13-06

BY SIGNING THIS CREDIT AGREEMENT BELOW, I CERTIFY THAT I INTEND TO (i) APPLY FOR JOINT CREDIT AND (ii) BE JOINTLY LIABLE WITH THE BORROWER FOR THIS LOAN.

Signature of Cosigner  _Thomas Henderson_    Date  _October 13, 2006_

AB.06-07.CSX1.10DC.0206    LENDER COPY
PN01_RF_06-07_CSX1_F_X_HENDERSON_A104414344.pdf    NSXUDP

# EXHIBIT

# C

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT - 9

# Piedmont
HEALTHCARE

P.O. Box 102859
Atlanta, GA 30368-2859

## Contact Us

**Online Payment Manager:**
**www.piedmont.org**

**E-mail: CustomerService@Piedmont.org**

**Phone: 1-855-788-1212**

**Hours:**
**Monday - Friday, 8:00am - 6:00pm**

If you have questions about your bill, payment plans, or financial assistance, please call us at

1-855-788-1212

or visit our website at www.piedmont.org and select Patients and Visitors, Billing and Financial Resources. Payment in full is expected within 90 days to avoid outside collection agency placement.

Please contact us to update your insurance, address, or to make payment arrangements. All Piedmont Healthcare payments are first applied to the oldest to newest physician accounts, and then oldest to newest hospital account. To pay on a specific account, please call our representatives and specify the account you are paying.

| Guarantor Number: | 1215331 | Statement Date: | 10/11/16 |
|---|---|---|---|
| Guarantor Name: | Nicole Maria Henderson | Guarantor Insurance: | HUMANA - HUMANA |

## Account Summary

| Summary | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Outstanding Balance | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|
| Piedmont Fayette Hospital | $5,999.95 | -$4,610.59 | $0.00 | $1,389.36 | $0.00 | $1,389.36 |
| Totals | $5,999.95 | -$4,610.59 | $0.00 | $1,389.36 | $0.00 | $1,389.36 |

**Please detach and return bottom portion with your check**

3374-PHCSTM-3267162-2271379441-P; 15617823-1-339; 37794067-2; 1

130016

# Piedmont
HEALTHCARE

P.O. Box 102859
Atlanta, GA 30368-2859



| Due Date | Guar Acct # | Amount Due | Amount Paid |
|---|---|---|---|
| 10/25/16 | 1215331 | $1,389.36 | |

**To pay by credit card, please use one of the options below:**

**Pay online at www.piedmont.org**

**Call Customer Service at 1-855-788-1212**

**Pay-By-Phone 24/7 at 1-855-207-3805**

**Make checks payable to Piedmont Healthcare**


NICOLE MARIA HENDERSON
412 KIMBERWICK DR
HAMPTON, GA 30228-3414

PIEDMONT HEALTHCARE, INC.
PO BOX 102859
ATLANTA, GA 30368-2859





**Piedmont**
HEALTHCARE

P.O. Box 102859

Atlanta, GA 30368-2859

Customer Service: **1-855-788-1212**

Office Hours: **Monday - Friday,  8:00am - 6:00pm**

www.piedmont.org

**Guarantor Number:    1215331**

## Account Detail

| Date Of Service | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|
| Piedmont Fayette Hospital Account Detail | | | | | | |

**Account:**                                **Account Number:**          **Account class:**
Nicole Maria Henderson              1011279483                      Emergency
**Location:**     Piedmont Fayette Hospital          **Date Due:**        **10/25/16**

Thank You for choosing Piedmont Healthcare for your recent health care needs.
Your account balance is now due.  Please indicate your Guar Acct #  when remitting your payment.

| Date Of Service | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|
| 09/27/16 | PHARMACY - GENERAL CLASSIFICATION | 15.60 | | | | |
| | PHARMACY - IV SOLUTIONS | 166.40 | | | | |
| | LABORATORY - GENERAL CLASSIFICATION | 40.00 | | | | |
| | LABORATORY - CHEMISTRY | 319.00 | | | | |
| | LABORATORY - IMMUNOLOGY | 187.00 | | | | |
| | LABORATORY - HEMATOLOGY | 93.00 | | | | |
| | LABORATORY - UROLOGY | 154.00 | | | | |
| | EMERGENCY ROOM - GENERAL CLASSIFICATION | 4,888.00 | | | | |
| | PHARMACY - EXTENSION OF 025X - DRUGS REQUIRING DETAILED CODING (A) | 136.95 | | | | |
| | **Total Charges** | **5,999.95** | | | | |
| | HUMANA INSURANCE PAYMENT - 10/11/16 | | -97.64 | | | |
| | HUMANA Adjustments | | -4,512.95 | | | |
| | **Total insurance payments and adjustments** | | **-4,610.59** | | | |
| | **Patient Balance** | | | | | **$1,389.36** |
| | **Piedmont Fayette Hospital Balance Due** | | | | | **$1,389.36** |

Total Outstanding Patient Balance:                                $1,389.36
Pay this Amount:                                                          $1,389.36



000193
0102

140014

INVOICE DATE:    12/02/16

| INVOICE/FACTURA | 14568949 |
|---|---|
| AMOUNT DUE | $87.36 |

Payments made via
an online banking
service must include
this invoice number.

NICOLE HENDERSON
412 KIMBERWICK DR
HAMPTON, GA 30228-3414

DATE OF SERVICE:    07/18/16
TEST REQUESTED BY:    EXECUTIVE MEDICAL HEALTH

## Your Immediate Payment Required

We provided you professional diagnostic services that remain unpaid. Our records indicate that your account still remains outstanding.

We have sent you several statements regarding this outstanding payment obligation. Regretfully, unless this office receives payment in full, escalated recovery steps will be taken. Be advised, LabCorp reserves the right to report unpaid debt(s) to a credit bureau(s).

This is a serious matter you should no longer ignore. You must act now to clear your delinquent credit status. There is no longer any justification for not resolving your account. Call 1-800-845-6167 immediately to resolve this account.

LabCorp reserves the right to refuse laboratory services for failure to pay for past services.

IMPORTANTE: Tenemos agentes bilingües disponibles para asistir. Llámenos ahora para resolver su situación.

** CALL 1-800-845-6167 BETWEEN 8:00AM – 5:00PM, MONDAY – FRIDAY **

FOR PROPER CREDIT, RETURN THIS PORTION WITH YOUR PAYMENT

412 KIMBERWICK DR
HAMPTON, GA 30228-3414

PLEASE DO NOT SEND CASH

MAKE CHECK OR MONEY ORDER PAYABLE TO:

LABORATORY CORPORATION OF AMERICA

TERMS PAYABLE ON RECEIPT

| | |
|---|---|
| **INVOICE DATE:** | 12/02/16 |

NICOLE HENDERSON
412 KIMBERWICK DR
HAMPTON, GA 30228-3414

| | | |
|---|---|---|
| **INVOICE/FACTURA:** | **32555511** | Payments made via an online banking service must include this invoice number. |
| **AMOUNT DUE:** | **$229.21** | |

**DATE OF SERVICE:** 07/18/16
**TEST REQUESTED BY:** EXECUTIVE MEDICAL HEALTH

## Your Immediate Payment Required

We provided you professional diagnostic services that remain unpaid. Our records indicate that your account still remains outstanding.

We have sent you several statements regarding this outstanding payment obligation. Regretfully, unless this office receives payment in full, escalated recovery steps will be taken. Be advised, LabCorp reserves the right to report unpaid debt(s) to a credit bureau(s).

This is a collection notice you should no longer ignore. You must act now to clear your delinquent credit status. There is no longer any justification for not resolving your account. Call 1-800-845-6167 immediately to resolve this account.

Act immediately.

LabCorp reserves the right to refuse laboratory services for failure to pay for past services.

IMPORTANTE: Su cuenta está vencida. Tenemos agentes bilingües disponibles para asistirle. Llamenos ahora para resolver su situación.

**** CALL 1-800-845-6167 BETWEEN 8:00AM - 5:00PM, MONDAY - FRIDAY ****

---

FOR PROPER CREDIT, RETURN THIS PORTION WITH YOUR PAYMENT

412 KIMBERWICK DR
HAMPTON, GA 30228-3414

PLEASE DO NOT SEND CASH

FOR: NICOLE HENDERSON

MAKE CHECK OR MONEY ORDER PAYABLE TO:

TERMS PAYABLE ON RECEIPT

LABORATORY CORPORATION OF AMERICA

INVOICE/FACTURA:
32555511

INVOICE DATE:    12/08/16

NICOLE HENDERSON
412 KIMBERWICK DR
HAMPTON, GA 30228-3414

| INVOICE/FACTURA: | 17595361 |
| AMOUNT DUE: | $108.47 |

Payments made via
an online banking
service must include
this invoice number.

DATE OF SERVICE:    07/18/16
TEST REQUESTED BY:    EXECUTIVE MEDICAL HEALTH

## Immediate Payment Required

Our records indicate your debt to LabCorp has not been satisfied and is seriously past due. It is not
our wish to have this matter handled as a collection issue. However, if this bill is not satisfied
immediately, it will be listed as a severely delinquent account and further collection activities will
proceed. Your payment is expected today.

You can satisfy this obligation by:

1) Calling 1-800-845-6167;
2) sending a check using the envelope provided; or
3) paying online at our enhanced payment site at www.labcorp.com/billing.

For more details:

LabCorp gives consideration to a patient's ability to pay before it pursues legal options.

**IMPORTANT**: Si usted no habla inglés, llame al número que aparece arriba para obtener ayuda
gratuita. Llame al número para obtener asistencia.

** CALL 1-800-845-6167 BETWEEN 8:00AM - 5:00PM, MONDAY - FRIDAY **

FOR PROPER CREDIT, RETURN THIS PORTION WITH YOUR PAYMENT

412 KIMBERWICK DR
HAMPTON, GA 30228-3414

PLEASE DO NOT SEND CASH

MAKE CHECK OR MONEY ORDER PAYABLE TO:

TAX ID # 47-2262996

**Due Date:** **PAST DUE**

**Amount You Owe:** $79.93

160108-0020364182913-06
#DWINJFDB
#000000PFH2822085#
NICOLE M HENDERSON
412 KIMBERWICK DR
HAMPTON GA 30228-3414

YOUR ACCOUNT IS NOW SERIOUSLY PAST DUE, AND A
DELINQUENCY REVIEW IS BEING CONDUCTED.

Pay Online
WWW.MYMEDICALPAYMENTS.COM
1-800-355-9410 MON-FRI 9:30AM - 4:00PM

## Services provided at:
**PIEDMONT FAYETTE HOSPITAL - 1255 HIGHWAY 54 WEST - FAYETTEVILLE GA 30214-4526**

95213-R1-19681

**PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR REMITTANCE.**

Pay Online
www.MyMedicalPayments.com

Payment Due By:

Statement Date:        11/25/16
Account Number:
Patient Name:          NICOLE M HENDERSON

Make Check/Money Order payable to:

ATLANTIC COD EMERG PHYS, LLC
PO BOX 38046
PHILADELPHIA, PA 19101-8046

**TAX ID # 47-2262996**

| Due Date: | 12/07/16 |
|---|---|
| **Amount You Owe:** | **$28.55** |

NICOLE M HENDERSON
412 KIMBERWICK DR
HAMPTON GA 30228-3414

PLEASE REMIT PAYMENT BY "PAYMENT DUE BY" DATE.
THANK YOU.

Pay Online
WWW.MYMEDICALPAYMENTS.COM
1-800-355-2470 MON-FRI 9:30AM - 4:00PM

Services provided at:
**PIEDMONT FAYETTE HOSPITAL - 1255 HIGHWAY 54 WEST - FAYETTEVILLE GA 30214-4526**

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR REMITTANCE.

1606080020369134976000028550000000000008

620133715020

NICOLE HENDERSON
412 KIMBERWICK DR
HAMPTON, GA 30228-3414

| Invoice/Factura: | 17595361 |
|---|---|
| Past Due | $108.47 |

Date of Service: 07/18/16
Test requested by: EXECUTIVE MEDICAL HEALTH

## Immediate Payment Required

## We are contacting you because:

- Your account is past due. Our records indicate your debt to LabCorp has not been satisfied and is seriously past due.
- At this time your account has not been placed with a Third Party Collection Agency.
- Failure to pay the past due amount will result in referral to a Third Party Collection Agency and potentially affect your credit score.
- LabCorp reserves the right to refuse laboratory services for failure to pay past due balances.

## Please Note:

- The testing we provide was requested by your physician.
- Some physicians may have not included in your physician's bill.
- If you have questions regarding how your insurance processed your claim, you need to contact your insurer.

## To pay or if you have any questions about this bill:



**Piedmont Fayette Hospital Emergency Department**
1255 Highway 54 West
Fayetteville GA 30214-4526
Phone: 770-719-6911
Fax: 770-719-6715

**Nicole Maria Henderson**
MRN: 9027:12537

Department: **Piedmont Fayette Hospital Emergency Department**
Date of Visit: **9/27/2016**

## Diagnoses this visit

**Headache, unspecified headache type**
**Lupus**

## Providers You Were Seen By

James Robertson, MD

## Follow-up Information

**Schedule an appointment as soon as possible for a visit in 1 week to follow up.**
Why:  f/u pcp

## Your Medications

### START taking these medications

| | Morning | Noon | Evening | Bedtime | As Needed | As Prescribed |
|---|---|---|---|---|---|---|
| **oxyCODONE-acetaminophen 7.5-325 mg per tablet**<br>Instructions:  Take 1 tablet by mouth every 4 (four) hours as needed for Pain.<br>Commonly known as:  PERCOCET | | | | | | |
| **predniSONE 10 MG tablet**<br>Instructions:  Take 2 tablets (20 mg total) by mouth daily.<br>Commonly known as:  DELTASONE | | | | | | |
| **promethazine 25 MG tablet**<br>Instructions:  Take 1 tablet (25 mg total) by mouth every 6 (six) hours as needed for Nausea.<br>Commonly known as:  PHENERGAN | | | | | | |

### CONTINUE taking these medications

| | Morning | Noon | Evening | Bedtime | As Needed | As Prescribed |
|---|---|---|---|---|---|---|
| **EpinePHRINE 0.3 mg/0.3 mL Atin**<br>Instructions:  Inject 0.3 mLs (0.3 mg total) into the muscle as needed.<br>Commonly known as:  EPIPEN | | | | | | |

| | Morning | Noon | Evening | Bedtime | As Needed | As Prescribed |
|---|---|---|---|---|---|---|
| **levothyroxine 137 MCG tablet**<br>Instructions: Take 137 mcg by mouth daily.<br>Commonly known as: SYNTHROID, LEVOTHROID | | | | | | |
| **multivitamin tablet**<br>Instructions: Take 1 tablet by mouth daily.<br>Commonly known as: THERAGRAN | | | | | | |

## Facility Administered Medication List

### Notice

You have not been prescribed any facility-administered medications.

## Other Info from Your Visit

### Your Allergies                                                      Date Reviewed: **9/27/2016**

| Allergen | Reactions |
|---|---|
| Morphine | Rash |

### Vital Signs Note

| BP | Pulse | Temp | Resp | Height | Weight |
|---|---|---|---|---|---|
| 107/60 | 87 | 97.7 °F (36.5 °C) (Oral) | 22 | 5' 6" (1.676 m) | 81.9 kg |

| Last Period | SpO2 | BMI |
|---|---|---|
| 09/20/2016 | 97% | 29.14 kg/m2 |

### ED Medication Administration from 09/27/2016 0803 to 09/27/2016 1203

| Date/Time | Order | Dose | Route | Action |
|---|---|---|---|---|
| 09/27/2016 1024 | **sodium chloride 0.9 % bolus 1,000 mL** | 0 mL | Intravenous | Stopped |
| 09/27/2016 0851 | **sodium chloride 0.9 % bolus 1,000 mL** | 1,000 mL | Intravenous | New Bag |
| 09/27/2016 1153 | **0.9% NaCl infusion** | 0 | Intravenous | Stopped |
| 09/27/2016 1045 | **0.9% NaCl infusion** | | Intravenous | Bolus from Bag |
| 09/27/2016 1038 | **0.9% NaCl infusion** | | Intravenous | New Bag |
| 09/27/2016 0851 | **HYDROmorphone (PF) (DILAUDID) 1 mg/mL injection 1 mg** | 1 mg | Intravenous | Given |
| 09/27/2016 1037 | **ondansetron (ZOFRAN) injection 4 mg** | 4 mg | Intravenous | Given |
| 09/27/2016 0852 | **ondansetron (ZOFRAN) injection 4 mg** | 4 mg | Intravenous | Given |
| 09/27/2016 0851 | **famotidine (PF) (PEPCID) injection 20 mg** | | | Given |
| 09/27/2016 | **dexamethasone (DECADRON)** | | | Given |

| 09/27/2016 1037 | HYDROmorphone (PF) (DILAUDID) 1 mg/mL injection 1 mg | 1 mg | Intravenous | Given |

## Procedures and Tests Performed During Your Visit

C-reactive protein
CBC auto differential
CMP (Comprehensive metabolic panel)
Manual diff
Urinalysis complete with reflex cult

## HOME CARE INSTRUCTIONS

- Only take over-the-counter or prescription medicines for pain or discomfort as directed by your health care provider. The use of long-term narcotics is not recommended.
- Lie down in a dark, quiet room when you have a migraine.
- Keep a journal to find out what may trigger your migraine headaches. For example, write down:
    - What you eat and drink.
    - How much sleep you get.
    - Any change to your diet or medicines.
- Limit alcohol consumption.
- Quit smoking if you smoke.
- Get 7-9 hours of sleep, or as recommended by your health care provider.
- Limit stress.
- Keep lights dim if bright lights bother you and make your migraines worse.

## SEEK IMMEDIATE MEDICAL CARE IF:

- Your migraine becomes severe.
- You have a fever.
- You have a stiff neck.
- You have vision loss.
- You have muscular weakness or loss of muscle control.
- You start losing your balance or have trouble walking.
- You feel faint or pass out.
- You have severe symptoms that are different from your first symptoms.

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/18/2006 Document Revised: 01/08/2016 Document Reviewed: 08/25/2014
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

# Systemic Lupus Erythematosus, Adult

Systemic lupus erythematosus is a long-term (*chronic*) disease that can affect many parts of the body. It can damage the skin, joints, blood vessels, brain, kidneys, lungs, heart, and other internal organs. It causes pain, irritation, and inflammation.

Systemic lupus erythematosus is an autoimmune disease. With this type of disease, the body's defense system (*immune system*) mistakenly attacks normal tissues instead of attacking germs or abnormal growths.

## CAUSES

The cause of this condition is not known.

## RISK FACTORS

- People of Asian descent.
- People of African-American descent.
- People who have a family history of the condition.

## SYMPTOMS

General symptoms include:

- Joint pain and swelling (common).
- Fever.
- Fatigue.
- Unusual weight loss or weight gain.
- Skin rashes, especially over the nose and cheeks (*butterfly rash*) and after sun exposure.
- Sores inside the mouth or nose.

Other symptoms depend on which parts of the body are affected. They can include:

- Shortness of breath.
- Chest pain.
- Frequent urination.
- Blood in the urine.
- Seizures.
- Mental changes.
- Hair loss.
- Swollen and tender lymph nodes.
- Swelling of the hands or feet.

A period of time when symptoms are worse or come back is called a flare. A period of time with no symptoms is called a remission.

## DIAGNOSIS

This condition is diagnosed based on symptoms, a medical history, and a physical exam. You may also have tests, including:

- Blood tests.
- Urine tests.
- A chest X-ray.
- A skin or kidney biopsy. For this test, a sample of tissue is taken from the skin or kidney and studied under a microscope.

You may be referred to an autoimmune disease specialist (*rheumatologist*).

## TREATMENT

There is no cure for this condition, but treatment can keep the disease in remission, help to control symptoms, and prevent damage to the heart, lungs, kidneys, and other organs. Treatment may involve taking a combination of medicines over time.

## HOME CARE INSTRUCTIONS
### Medicines

- Take medicines only as directed by your health care provider.
- **Do not** take any medicines that contain estrogen without first checking with your health care provider. Estrogen can trigger flares and may increase your risk for blood clots.

### Lifestyle

Nicole Henderson
412 Kimberwick Dr
Hampton, GA 30228-3414

Pin Number: 78772224689
(844) 515-2622

September 12, 2016

Dear Nicole Henderson:

This agency has been empowered by its client, Laboratory Corporation Of America, to seek collection of this long overdue bill. Your debt in the amount of $330.53 is for laboratory tests ordered by your physician and performed in good faith by our client.

You can resolve this matter quickly and easily by sending payment in full without delay. Otherwise, we must inform you that future collection efforts will be necessary.

Your accounts are as follows:

| Date of Service | Account Number | Balance |
|---|---|---|
| 11/5/2015 | LCA 531133105568 | $5.08 |
| 01/22/2015 | LCA 519109935580 | $223.11 |
| 07/01/2015 | LCA 518805901130 | $102.34 |

L3M-L - RMCB.WFD - 685938 - 00009754 - 1

---

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**    Detach and return this portion with payment using enclosed envelope

Amount Due:                    $330.53

To pay online: www.pay-amcaonline.com

Card #

Exp. Date:                     Amount

Signature:

Client Code: A16      Account: 5406150

Pin Number: 78772224689
03 L3M A16 584

| | |
|---|---|
| **You Owe:** | Laboratory Corporation Of America |
| **Charge Date** | SEE ABOVE |
| **Account Number** | MCD5406150A16 |
| **Pin Number:** | 78772224689 |
| **Name:** | Nicole Henderson |
| **Street Address:** | 412 Kimberwick Dr |
| **City, State Zip:** | Hampton, GA 30228-3414 |

AMCA
PO BOX 1235
ELMSFORD, NY 10523-0935

A16330535406150++++++++2

**Patient:** HENDERSON,NICOLE,
412 KIMBERWICK DR
HAMPTON GA-30228

**Birthdate:** 02/21/1971

Below is a list of your Pharmacy Orders for the date range of:01/01/2015 To 12/18/2016

**SUPERCENTER PHARMACY #10-5363,11465 TARA BLVD 11465 TARA BLVD LOVEJOY GA 30250, LOVEJOY GA-30250**
**NABP Number:1152521 ID: BW9062302 NPI Number :1558389031**

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 01/28/2015 11/05/2014 | 6993966 2066359 | LEVOTHYROXIN 137MCG TAB 00781-5191-92 | MARLER BRITTNEY L | 30 2 | 30 | 0 | $ 4.00 CMK |
| 01/28/2015 01/28/2015 | 7007865 2066358 | LIOTHYRONINE 25MCG TAB 00574-0222-01 | LOWMAN ROBIN PATRICE | 30 0 | 30 | 0 | $ 20.20 CMK |
| 03/04/2015 01/28/2015 | 7007865 2083491 | LIOTHYRONINE 25MCG TAB 00574-0222-01 | LOWMAN ROBIN PATRICE | 30 1 | 30 | 0 | $ 20.20 CMK |
| 03/04/2015 03/04/2015 | 7013805 2083400 | LEVOTHYROXIN 137MCG TAB 00781-5191-92 | LOWMAN ROBIN PATRICE | 30 0 | 30 | 0 | $ 4.00 CMK |
| 12/08/2015 03/04/2015 | 7013805 2228619 | LEVOTHYROXIN 137MCG TAB 00781-5191-92 | LOWMAN ROBIN PATRICE | 30 1 | 30 | 0 | $ 0.00 HUM |
| ✳ 03/31/2015 03/31/2015 | 7018750 2097133 | AMOXICILLIN 500MG CAP 00093-3109-05 | MARLER BRITTNEY L | 30 0 | 10 | 0 | $ 2.83 CMK |
| 04/17/2015 04/17/2015 | 7021840 2105986 | LEVOTHYROXIN 137MCG TAB 00781-5191-92 | WATERMAN MARK BRIAN | 30 0 | 30 | 0 | $ 4.00 |
| | | TAB 00574-0222-01 | | 0 | | | |
| 05/25/2015 04/17/2015 | 7021841 2124667 | LIOTHYRONINE 25MCG TAB 00574-0222-01 | WATERMAN MARK BRIAN | 30 1 | 30 | 0 | $ 31.73 |
| 05/25/2015 04/17/2015 | 7021840 2124666 | LEVOTHYROXIN 137MCG TAB 00781-5191-92 | WATERMAN MARK BRIAN | 30 1 | 30 | 0 | $ 4.00 |
| 06/26/2015 04/17/2015 | 7021840 2141387 | LEVOTHYROXIN 137MCG TAB 00781-5191-92 | WATERMAN MARK BRIAN | 30 2 | 30 | 0 | $ 4.00 HUM |
| 06/26/2015 04/17/2015 | 7021841 2142856 | LIOTHYRONINE 25MCG TAB | WATERMAN MARK BRIAN | 27 2 | 24 | 0 | $ 22.60 HUM |

**\*\*PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.**
**WAL\*MART STORES, INC.**

file://C:\Walmart Applications\Connexus.NET\UI\HTML\Report.html                    12/18/2016

**Patient:**   HENDERSON,NICOLE,
412 KIMBERWICK DR
HAMPTON GA-30228

**Birthdate:**   02/21/1971

Below is a list of your Pharmacy Orders for the date range of:01/01/2015 To 12/18/2016

**SUPERCENTER PHARMACY #10-5363,11465 TARA BLVD 11465 TARA BLVD LOVEJOY GA 30250, LOVEJOY GA-30250**
**NABP Number:1152521 ID: BW9062302 NPI Number :1558389031**

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| | | 00574-0222-01 | | | | | |
| 07/31/2015 04/17/2015 | 7021841 2159279 | LIOTHYRONINE 25MCG TAB 00574-0222-01 | WATERMAN MARK BRIAN | 30 3 | 27 | 0 | $ 22.60 HUM |
| 07/31/2015 04/17/2015 | 7021840 2159280 | LEVOTHYROXIN 137MCG TAB 00781-5191-92 | WATERMAN MARK BRIAN | 30 3 | 30 | 0 | $ 4.00 HUM |
| 05/02/2015 05/01/2015 | 7024461 2113652 | FAMOTIDINE 20MG TAB 68645-0140-59 | TOWATER LAURA JEAN | 10 0 | 5 | 0 | $ 4.00 |
| 05/02/2015 05/02/2015 | 7024457 2113650 | METHYLPRED 4MG PAK 59746-0001-03 | TOWATER LAURA JEAN | 21 0 | 6 | 0 | $ 31.31 |
| 06/08/2015 06/08/2015 | 7030447 2132096 | PREDNISONE 10MG 12-DAY PAK TAB 00603-5338-31 | PRASAD RAYASAM V | 48 0 | 12 | 0 | $ 30.77 HUM |
| 06/08/2015 06/08/2015 | 7030445 2132098 | MONTELUKAST 10MG TAB 68645-0484-70 | PRASAD RAYASAM V | 30 0 | 30 | 0 | $ 8.20 HUM |
| 06/29/2015 06/08/2015 | 7030444 | FAMOTIDINE 20MG TAB | PRASAD RAYASAM V | 60 0 | 30 | 0 | $ 4.00 HUM |
| 06/29/2015 06/08/2015 | 7030447 2143221 | PREDNISONE 10MG 12-DAY PAK TAB 00603-5338-31 | PRASAD RAYASAM V | 48 1 | 12 | 0 | $ 33.10 HUM |
| 10/18/2015 06/08/2015 | 7030444 2200391 | FAMOTIDINE 20MG TAB 68645-0140-59 | PRASAD RAYASAM V | 60 1 | 30 | 0 | $ 4.00 HUM |
| 12/29/2015 06/08/2015 | 7030444 2240101 | FAMOTIDINE 20MG TAB 68645-0140-59 | PRASAD RAYASAM V | 60 2 | 30 | 0 | $ 0.00 HUM |
| 07/22/2015 06/08/2015 | 7030447 2154655 | PREDNISONE 10MG 12-DAY PAK TAB 00603-5338-31 | PRASAD RAYASAM V | 48 2 | 12 | 0 | $ 33.10 HUM |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY**
**WAL*MART STORES, INC.**

| Date | Rx # | Drug | Prescriber | | | | Price |
|---|---|---|---|---|---|---|---|
| 09/27/2016 2215907<br>09/27/2016 2404241 | | OXYCOD/ACETAM 7.5-<br>325MG TAB<br>00406-0522-01 | ROBERTSON JAMES V | 30<br>0 | 5 | 0 | $ 0.00 |
| 11/19/2016 7129748<br>11/14/2016 2434431 | | LEVOTHYROXIN 137MCG<br>TAB<br>00781-5191-92 | CLARK JELUNDER<br>WOODARD | 30<br>0 | 30 | 0 | $ 0.00 HUM |
| 11/14/2016 4462575<br>11/14/2016 2434455 | | PHENTERMINE 37.5MG<br>TAB<br>10702-0025-03 | CLARK JELUNDER<br>WOODARD | 30<br>0 | 30 | 0 | $ 26.03 HUM |
| 08/19/2015 7030447<br>06/08/2015 2168683 | | PREDNISONE 10MG 12-<br>DAY PAK TAB<br>00603-5338-31 | PRASAD RAYASAM V | 48<br>3 | 12 | 0 | $ 33.10 HUM |
| 10/18/2015 7039080<br>07/30/2015 2200392 | | PredniSONE 10MG TAB<br>59746-0173-06 | PRASAD RAYASAM V | 42<br>0 | 28 | 0 | $ 8.56 HUM |
| 11/02/2015 7055123<br>11/02/2015 2209244 | | LEVOTHYROXIN 137MCG<br>TAB<br>00781-5191-92 | CLARK JELUNDER<br>WOODARD | 30<br>0 | 30 | 0 | $ 4.00 HUM |
| 11/16/2015 7057775<br>11/16/2015 2217147 | | AMOX/K CLAV 500-125<br>TAB<br>66685-1002-00 | CLARK JELUNDER<br>WOODARD | 20<br>0 | 10 | 0 | $ 0.00 HUM |
| 11/16/2015 7057774<br>11/16/2015 2217146 | | TIZANidine 4MG TAB<br>55111-0180-15 | CLARK JELUNDER<br>WOODARD | 60<br>0 | 15 | 0 | $ 0.00 HUM |
| 11/16/2015 4456535<br>11/16/2015 2217136 | | TRAMADOL HCL 50MG TAB<br>00378-4151-05 | CLARK JELUNDER<br>WOODARD | 60<br>0 | 10 | 0 | $ 4.00 HUM |
| 01/11/2016 7061993<br>12/10/2015 2247141 | | LEVOTHYROXIN 137MCG<br>TAB<br>00781-5191-92 | CLARK JELUNDER<br>WOODARD | 30<br>0 | 30 | 0 | $ 4.00 HUM |
| | | 00781-5191-92 | | | | | |
| 03/20/2016 7061993<br>12/10/2015 2290101 | | LEVOTHYROXIN 137MCG<br>TAB<br>00781-5191-92 | CLARK JELUNDER<br>WOODARD | 30<br>2 | 30 | 0 | $ 4.00 HUM |
| 04/30/2016 7061993<br>12/10/2015 2316423 | | LEVOTHYROXIN 137MCG<br>TAB<br>00781-5191-92 | CLARK JELUNDER<br>WOODARD | 30<br>3 | 30 | 0 | $ 4.00 HUM |
| 07/18/2016 7106036<br>07/18/2016 2362446 | | TIZANidine 4MG TAB<br>55111-0180-15 | CLARK JELUNDER<br>WOODARD | 120<br>0 | 30 | 0 | $ 23.80 HUM |
| 07/18/2016 7106035<br>07/18/2016 2362422 | | LEVOTHYROXIN 137MCG<br>TAB | CLARK JELUNDER<br>WOODARD | 30<br>0 | 30 | 0 | $ 4.00 HUM |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.
WAL*MART STORES, INC.

**Patient:**  HENDERSON,NICOLE,
412 KIMBERWICK DR
HAMPTON GA 30228

**Birthdate:** 02/21/1971

Below is a list of your Pharmacy Orders for the date range of:01/01/2015 To 12/18/2016

**SUPERCENTER PHARMACY #10-5363,11465 TARA BLVD 11465 TARA BLVD LOVEJOY GA 30250, LOVEJOY GA-30250**
NABP Number:1152521  ID: BW9062302  NPI Number :1558389031

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 11/14/2016 | 2434454 | 00378-4151-05 | WOODARD | 120 0 | 30 | 0 | $ 0.00 HUM |

Report Date :12/18/2016
Attested To By :

_____
Registered Pharmacist

Total: $ 514.89

**\*\*PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.**
**WAL\*MART STORES, INC.**

12/18/2016

# EXHIBIT

# D

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT - 9

3        The foregoing Notice of Entry of Master's Recommendations for the Master's

4    Recommendation entered on March 11, 2016, was served upon Nicole Marie Henderson by mailing a

5    copy thereof, first class mail, postage prepaid to:

6    Nicole Marie Henderson
     412 Kimberwick Dr
7    Hampton GA  30228

8

9    on June 16, 2016.

10

11                         /s/ Jeannine Lavers
                           Employee, District Attorney's Office
                           Family Support Division

1900 East Flamingo Road, Suite 100
Las Vegas, Nevada 89119-5168
(702) 671-9200
TDD (702) 385-7486 (for the hearing impaired)
858321000B

# District Court
## CLARK COUNTY, NEVADA

Nicole Henderson,                           )
                                            )
                          Petitioner,       )    Case No.  R-12-172351-R
            vs.                             )
                                            )    Department No.    CHILD SUPPORT
Jerrod Means,                               )
                                            )
                          Respondent.       )

## MASTER'S RECOMMENDATION

This matter having been heard on JUNE 14, 2016 before the undersigned Hearing Master, having considered all the evidence and the witnesses fully advised in the premises, hereby makes the following Findings and Recommendations:

Parties present: ☒ Respondent ☐ Respondent's attorney ☐ Petitioner ☐ Petitioner's attorney

☐ PATERNITY AS PATERNITY PREVIOUSLY DECIDED

☒ FINANCIALS: ☒ CONTINUE PRIOR ORDERS (NO CHANGE TO PRIOR FINANCIAL ORDERS).
Respondent's gross monthly income (GMI)          :          ; formula amount          % of GMI=

Basis for deviation from state formula:
Respondent is to pay current support for the child(ren): Jerrod T Means, Cheyenne S Means, Israel J Means

## CHILD SUPPORT

☐ ARREARAGES ☒ ARREARAGES NOT ADDRESSED AT THIS HEARING

| $ 65.00 | TOTAL monthly payment is due on the 1ˢᵗ day of each month, and continues thereafter until said child(ren) reach majority, become emancipated or further order of the Court. |

Respondent's INCOME SHALL BE WITHHELD for the payment of support.
☐ Good cause to stay income withholding is based on:_____.  Said withholding shall be postponed until Respondent becomes delinquent in an amount equal to 30 days support.

☐ ENFORCEMENT OF CONTROLLING ORDER: The registered order from _____, dated _____, #_____, is hereby confirmed and is the controlling order for the following reasons:    ☐ only order _____.

☐ ESTABLISHMENT OF CONTROLLING ORDER: This is the first order establishing a child support obligation for this noncustodial parent for the child(ren) listed in this order who reside(s) with this custodian.

☐ Respondent is referred to Employment Services for an appointment on _____ at_____ AM.

☒ Health insurance coverage for the minor child(ren) herein:

☐ Respondent to provide: ☒ Petitioner to provide:  ☐ Both Parties to provide:

☒ if available through employer.      ☐ shall provide per court order.

FINDING L3

3  additional costs by making current support payments each month. If another state takes jurisdiction and obtains a new order, Nevada interest and penalties will only be calculated to the date of the new order and will be enforced.

4  **NOTICE:** Pursuant to NRS 125B.145 and federal law, EITHER parent, the legal guardian, and the Division of Welfare and Supportive Services, where there is an assignment of support rights to the State, has the right to request a review of the

5  support provision of this order at least every three (3) years to determine if modification is appropriate; an application for this purpose may be obtained from D.A. Family Support at 1900 E. Flamingo Rd., Suite 100, Las Vegas, Nevada 89119-5168.

6  **NOTICE:** Objections/Appeals are governed by EDCR1.40(e) and (f). You have ten (10) days from receipt of this Master's Recommendation to serve and file written objections to it. A failure to file and serve written objections will result in a final

7  Order/Judgment being ordered by District Court. However, the Master's Recommendation is not an Order/Judgment unless signed and filed by a Judge.

8
9  **NOTICE:** Appeal from a Final Judgment by the Court is governed by NRAP 4 and must be filed within 30 days of written Notice of Entry of Judgment.

10  **NOTICE:** Respondent is responsible for notifying the District Attorney, Family Support Division, of any change of address, change of employment, health insurance coverage, change of custody, or any order relative to child support within ten (10)

11  days of such change.

12  R ... to file a new financial statement and proof of income next date.

13  ... court ASKS the ... collection of support arrears by execution or any other means allowed by law.

14  **MISCELLANEOUS FINDINGS OF FACT, CONCLUSIONS OF LAW, AND RECOMMENDATIONS:**

15  Last paid 2/29/2016 $23.42 by w/w. No payments (april and march) since last hearing (modification). R has worker's comp case; new attorney in firm assigned to R; therefore, worker's comp delay. Dr note dated 6/13/16 "modified duty"; no end date/"pending". R testified he expects job is still waiting for him. Another MAF provided.

16
17  **NEXT HEARING DATE IS Dec 13, 2016 at 2:15 PM in Courtroom 7 in Child Support Court at Child Support Center of Southern Nevada, 1900 East Flamingo Road, Las Vegas, Nevada, for**

18  ...

19
20                                        **MASTER**

21  **DISPOSITIONS:**

22  □ - Settled/Withdrawn w/Judicial Conference/Hearing
23  □ - Involuntary (Statutory) Dismissal            **Respondent/Respondent's Attorney**
    □ - Dismissed / Want of Prosecution              **Receipt of this document is**
24  □ - Transferred to Another Jurisdiction          **acknowledged by my signature.**
    □ - Other Manner of Dispo
25        □ - Close Case

26                          **ORDER/JUDGMENT**

27  □ The Clerk of the Court having reviewed the District Court's file and having determined that no objection has been filed within the ten day objection period, **the Master's Recommendation is hereby deemed approved by the District Court**

28  **pursuant to NRS 425.3844.** The affixing of the Clerk of the Court's file stamp to this Master's Recommendation signifies

⊠ CONTEMPT OF COURT ☐ NOT A SHOW CAUSE HEARING

☐ **RESPONDENT ORDERED TO SHOW CAUSE CONCERNING CONTEMPT.**

⊠ **ORDER TO SHOW CAUSE CONTINUED TO NEXT COURT DATE.**

☐ Respondent is hereby found in Contempt of Court and sentenced to _____ days in the Clark County Detention Center; this sentence shall be stayed until the next court date.

☐ The following sentence(s) shall be stayed/continued to the next court date unless imposed or vacated today:

| | | |
|---|---|---|
| Sentence of ___ days in the Clark County Detention Center issued _____ is | ___ imposed ___ vacated | ___ stayed |
| Sentence of ___ days in the Clark County Detention Center issued _____ is | ___ imposed ___ vacated | ___ stayed |
| Sentence of ___ days in the Clark County Detention Center issued _____ is | ___ imposed ___ vacated | ___ stayed |
| Sentence of ___ days in the Clark County Detention Center issued _____ is | ___ imposed ___ vacated | ___ stayed |

☐ Respondent is recommended for the day arrest program on _____

☐ Respondent to be released from custody on _____

☒ Respondent may be released from the above sentence immediately upon payment of $_____ to be released to Petitioner as child support.

☐ NO BAIL BENCH WARRANT HEREBY ISSUED FOR THE ARREST OF RESPONDENT. RESPONDENT MAY BE RELEASED UPON PAYMENT OF $_____ TO BE RELEASED TO PETITIONER AS CHILD SUPPORT. Where circumstances justify a reduced bail, the District Attorney may act exclusively pursuant to that reduced amount.

☐ ☐ SUSPENSION OF LICENSES

## PAYMENTS

All mailed payments MUST be made in the form of a cashier's check, money order or business check ONLY, made payable to State Collection and Disbursement Unit (SCaDU). If payments are made in person, cash or debit card are accepted.

State Collection and Disbursement Unit (SCaDU)
1900 East Flamingo Road
Las Vegas, Nevada 89119-5168

Additionally, the following information must be included with each payment: name (first, middle, last) of person responsible for paying child support, social security number of person responsible for paying child support, child support case number, and name of petitioner (first and last name of person receiving child support).

**NOTICE: NO CREDIT WILL BE GIVEN FOR PAYMENTS PAID DIRECTLY TO THE PETITIONER.**

**NOTICE: PRIOR ORDERS NOT SPECIFICALLY MODIFIED HEREIN REMAIN IN FULL FORCE AND EFFECT.**

**NOTICE:** Interest will be assessed on all unpaid child support balances for cases with a Nevada controlling order pursuant to NRS 99.040. A 10% penalty will be assessed on each unpaid installment, or portion thereof, of an obligation to pay support for a child, pursuant to NRS 125B.095. If the Respondent pays support through income withholding and the full ...

Steven B. Wolfson, District Attorney, Nevada Bar No. 001565
Family Support Division
1900 East Flamingo Road #100
Las Vegas, Nevada 89119-5168
(702) 671-9200 – TDD (702) 385-7486 (for the hearing impaired)

Page 2 of 4

3   additional costs by making current support payments each month. If another state takes jurisdiction and obtains a new order, Nevada interest and penalties will only be calculated to the date of the new order and will be enforced.

4   **NOTICE:** Pursuant to NRS 125B.145 and federal law, EITHER parent, the legal guardian, and the Division of Welfare and Supportive Services, where there is an assignment of support rights to the State, has the right to request a review of the

5   support provision of this order at least every three (3) years to determine if modification is appropriate; an application for this purpose may be obtained from D.A. Family Support at 1900 E. Flamingo Rd., Suite 100, Las Vegas, Nevada 89119-5168.

6   **NOTICE:** Objections/Appeals are governed by EDCR1.40(e) and (f). You have ten (10) days from receipt of this Master's Recommendation to serve and file written objections to it. A failure to file and serve written objections will result in a final

7   Order/Judgment being ordered by District Court. However, the Master's Recommendation is not an Order/Judgment unless signed and filed by a Judge.

8   **NOTICE:** Appeal from a Final Judgment by the Court is governed by NRAP 4 and must be filed within 30 days of written

9   Notice of Entry of Judgment.

10   **NOTICE:** Respondent is responsible for notifying the District Attorney, Family Support Division, of any change of address, place of employment, health insurance coverage, change of custody, or any order relative to child support within ten (10)

11   days of such change.

12   Respondent to bring new financial statement and proof of income next date.

13   This order does not stay collection of support arrears by execution or any other means allowed by law.

14   * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MISCELLANEOUS FINDINGS OF FACT, CONCLUSIONS OF LAW, AND RECOMMENDATIONS:**

15   Last paid 2/29/2016 $23.42 by w/w. No payments (april and march) since last hearing (modification). R has worker's comp case; new attorney in firm assigned to R; therefore, worker's comp delay. Dr note dated 6/13/16 "modified duty"; no end date/"pending". R testified he expects job is still waiting for him. Another MAF provided.

16

17   **NEXT HEARING DATE IS: Dec 13, 2016, at 2:15 PM, in Courtroom 2, in Child Support Court at Child Support Center of Southern Nevada, 1900 East Flamingo Road, Las Vegas, Nevada, for further proceedings.**

_____

**MASTER**

**USE DISPOSITIONS**

22   ☐ - Settled/Withdrawn w/Judicial Conference/Hearing
23   ☐ - Involuntary (Statutory) Dismissal
     ☐ - Dismissed / Want of Prosecution
24   ☐ - Transferred to Another Jurisdiction
     ☐ - Other Manner of Dispo
25        ☐ - Close Case

26                          **ORDER/JUDGMENT**

27   ☐ The Clerk of the Court having reviewed the District Court's file and having determined that no objection has been filed within the ten day objection period, **the Master's Recommendation is hereby deemed approved by the District Court**

28   pursuant to NRS 425.3844. The affixing of the Clerk of the Court's file stamp to this Master's Recommendation signifies

_____

**Respondent/Respondent's Attorney Receipt of this document is acknowledged by my signature.**

Steven B. Wolfson, District Attorney, Nevada Bar No. 001565
Family Support Division
1900 East Flamingo Road #100
Las Vegas, Nevada 89119-5168
(702) 671-9200 -- TDD (702) 385-7486 (for the hearing impaired)

Page 3 of 4                                    FINDNG 1.3

Order/Judgment.

☐ The District Court, having reviewed the above and foregoing Master's Recommendation, and having received and considered the objection thereto, as well as any other papers, testimony and argument related thereto and good cause appearing,

    ☐ **IT IS HEREBY ORDERED** that the Master's Recommendation IS affirmed and adopted as an **ORDER/JUDGMENT** of the District Court this _____ day of _____, 20_____.

    ☐ **IT IS HEREBY ORDERED** that the Master's Recommendation IS NOT affirmed and adopted this _____ day of _____, 20_____ and this matter is remanded to Child Support Court on _____, 20_____ at _____.M.

_____
District Court Judge, Family Division

**STEVEN B. WOLFSON, Clark County District Attorney**
Nevada Bar No. 001565

DEPUTY DISTRICT ATTORNEY
FAMILY SUPPORT DIVISION
1900 East Flamingo Road, Suite 100
Las Vegas, Nevada 89119-5168