Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

JUN 2 4 2019

By: _____
Deputy Clerk

Nicole M. Henderson
412 Kimberwick Drive
Hampton GA 30228
Phone: 404-242-2490
Plaintiff/Debtor in Pro Per

## U.S. BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| NICOLE M. HENDERSON, | Bankruptcy Case No.: Number 13-51434 |
| Plaintiff/Debtor | |
| vs. | ADVERSARY CASE NO. 16-05370 |
| UNITED STATES DEPT OF EDUCATION, AMERICAN STUDENT ASSISTANCE (ASA), ALLIED INTERSTATE, LLC, EDUCATIONAL CREDIT MANAGEMENT CORP, (ECMC) CHARTER ONE BANK, NATIONAL COLLEGIATE STUDENT LOAN TRUSTS 2006-4, 2007-4 | PLEADING TITLE: AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBTS. |
| Defendants | |

COMES NOW, Plaintiff/Debtor NICOLE M. HENDERSON, in Proper Person, residing in the County of Clayton, State of Georgia, files her Amended Complaint to Determine the Dischargeability of her Student Loan debts. It is Plaintiff/Debtor's belief that these debts should be discharged due to undue hardship.

The United States Dept of Education assigned the loan to American Student Assistance, (ASA), who has listed Kay Liu as Corporate Executive, located at 100 Cambridge Street, Suite 1600, Boston, MA 02114; the Complaint is also filed against Allied Interstate, LLC, with Jeffrey Swedberg, President, located at 12755 Highway 55, Suite 300, Minneapolis, MN 55411, who is the Servicing Agent for ASA; The Complaint is also against EDUCATIONAL CREDIT MANAGEMENT CORP (ECMC) who was also listed as the servicing agent for ASA. The

PLEADING TITLE - 1

Complaint is also against NATIONAL COLLEGIATE STUDENT LOAN TRUSTS 2006-4 AND 2006-7 (NCSL). It is Plaintiff/Debtor's belief that this Defendant represents DEFENDANT CHARTER ONE BANK. Debtor has not been served with any notice of the Complaint that was filed by NCLS in 2012. The original Creditor of this loan was Citi Bank. This was a private loan which was co-signed by Plaintiff/Debtor's father Thomas Henderson in the amount of $10,000. This was not a guaranteed student loan. NCSL has provided debtor with no proof of the amount owed or any documentation that this was a debt owed by Plaintiff/Debtor. This debt was also listed in Plaintiff/Debtor's Bankruptcy, filed in 2013 on Plaintiff/Debtor's "unsecured/non priority" Schedule F.

All Defendants are within the Jurisdiction of the United States Federal Court. There is no unfair surprise or other prejudice. This Amended Complaint does not change the nature of the relief requested. It is filed in good faith as soon as reasonably possible after the facts became available to Plaintiff/Debtor.

Plaintiff/Debtor's original complaint set forth the circumstances that she felt would constitute a hardship discharge and those circumstances have not improved and her current circumstances are in worse condition. Plaintiff is living in a home that is pest free, but with no air conditioning or heat with no resources to repair or replace the units. The cost to repair the furnace alone can start at $1000.00 with no guarantees that it will not go out within 6 months of the repair. The furnace is approximately 15 years old, and all consultations have suggested that the furnace be replaced. The A/C unit is approximately 8-9 years old, but will continue to have problems because of the furnace. The Plaintiff/Debtor is behind in the utilities. The Plaintiff/Debtor is covered under health insurance through her employer. She pays over $300.00 bi-weekly for her children and herself, but the out of pocket cost are too much for her to afford.

PLEADING TITLE - 2

She was diagnosed with Lupus approximately 3 years ago. The illness has taken a toll on her health. Her health has gotten repeatedly worse due to the high out of pocket cost she incurs with her insurance, as well as the stress from this case, that she has been dealing with in some form since 2012.

The Plaintiff/Debtor's current circumstances are not likely to change in the near future. The Plaintiff/Debtor is unable to attain a degree because she cannot afford to pay for school out of pocket, but she cannot receive any type of Federal funding because of the current situation with the student loans associated with this case. She has 2 children in college and one minor child in High School as well as an adult child (who lives in the house) with health issues.

The Plaintiff/Debtor made good faith efforts in repaying the loan for a period of over three years, but was still sued by a company servicing the the student loan for non-payment. The loan was current, and paid each month by auto-debit. No payments were missed, and each time the loan was transferred, she incurred an additional $5,000 in miscellaneous collections, interest and attorney's fees. Her identity was stolen and she still has not recovered from that $8,000+ theft. She reported the theft to IRS and the State Department of Revenue, and after an investigation by IRS nothing was done. She was responsible for repayment of the money that was stolen. Her Student Loans which were originally consolidated into $22,000, has now soared to over $80,000.00. The monies she paid for over three years went to fees and interest, which should have been discharged in her Bankruptcy. The Plaintiff/Debtor will be starting over at square one.

WHEREFORE, Plaintiff/Debtor ask that this Court enter a Judgment finding that her Student Loans are Dischargeable due to undue Hardship.

RESPECTFULLY SUBMITTED,

PLEADING TITLE - 3

Dated this ___21___ day of June, 2019

_____
Nicole M. Henderson, Plaintiff/Debtor
In Proper Person
412 Kimberwick Drive
Hampton, GA 30228
Phone: 404-242-2490

PLEADING TITLE - 4