## U.S. Bankruptcy Court
## Northern District of Georgia

In re:

**NICOLE MARIA HENDERSON**

Bankruptcy Case No. **13–51434–jwc**

Debtor

**NICOLE HENDERSON**

Adversary Proceeding No. **16–05370–jwc**

Plaintiff

v.

**UNITED STATES DEPT OF EDUCATION**
**NEXT STUDENT (SEROS FINANCIAL) ET. AL.**

Defendant

*FOURTH ALIAS SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

    **Clerk, U.S. Bankruptcy Court**
    **Northern District of Georgia**
    **1340 United States Courthouse**
    **75 Ted Turner Drive SW, Atlanta GA 30303**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**
    **Nicole Henderson**
    **412 Kimberwick Drive**
    **Hampton, GA 30228**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:

**07/18/2019**

*M. Regina Thomas, Clerk Of Court*



**continued caption:**

**Listing Of Defendant Names:**

UNITED STATES DEPT OF EDUCATION
400 MARYLAND AVE, SW
WASHINGTON, DC 20002

NEXT STUDENT (SEROS FINANCIAL)
SUITE 220
2141 E. BROADWAY
TEMPE, AZ 35282

ALLIED INTERSTATE, LLC
SUITE 300
12755 HIGHWAY 55
MINNEAPOLIS, MN 55411

CHARTER ONE BANK
PO BOX 42010
PROVIDENCE, RI 02940

AMERICAN STUDENT ASSISTANCE CORP
KAY LIU, CORPORATE EXECUTIVE
100 CAMBRIDGE STREET
SUITE 1600
BOSTON, MA 02114

EDUCATIONAL CREDIT MANAGEMENT CORPORATION

NATIONAL COLLEGIATE STUDENT LOAN TRUSTS 2006–4 AND 2006–7